**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:<br>JEREMY MICHAEL CARNATHAN<br>832 SANDFIELD ROAD<br>BLYTHEWOOD, SC 29016 | CASE NO: 20-02162/W/3<br><br>(CHAPTER 13)<br><br>OBJECTION TO CONFIRMATION OF PLAN |

    The Trustee hereby objects to confirmation of the Debtor Plan filed in the above-referenced case on 6/9/2020, on the grounds that it appears that the plan is not feasible pursuant to 11 U.S.C. Sec. 1325 (a)(6).

    WHEREFORE, the Trustee prays that the Court deny confirmation of Debtor's Plan filed June 09, 2020, and grant such other and further relief as may be just and proper.

Dated:  June 16, 2020

                                                        /s/ William K. Stephenson, Jr.
                                                         WILLIAM K. STEPHENSON, JR., TRUSTEE

**CERTIFICATE OF SERVICE**

The below signed states that he served the objection to confirmation of plan on the debtor, the attorney for the debtor, by mailing them, on this date, copies of the objection to confirmation of plan, first class, postage prepaid, at the address listed in the schedules of the debtor.

Dated:  June 16, 2020

                                                 /s/ William K. Stephenson, Jr.
                                                 CHAPTER 13 TRUSTEE'S OFFICE

JEREMY MICHAEL CARNATHAN
832 SANDFIELD ROAD
BLYTHEWOOD, SC 29016


ATTORNEY FOR THE DEBTOR:
MOSS & ASSOCIATES ATTORNEYS PA
816 ELMWOOD AVE
COLUMBIA, SC 29201